# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>Defendant. | Case No.  1:13-cv-01563-AWI-SAB<br><br>ORDER VACATING MANDATORY SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE STATUS REPORT WITHIN FORTY-FIVE DAYS |

This action was filed on September 26, 2013.  On September 27, 2013, an order issued setting the mandatory scheduling conference for December 3, 2013.  On November 18, 2013, District Judge Antony W. Ishii granted the parties' stipulation and this action was stayed for the parties to complete an appraisal and engage in alternative dispute resolution.  Accordingly,

IT IS HEREBY ORDERED that the mandatory scheduling conference set for December 3, 2013, is VACATED.  Within forty-five (45) days from the date of service of this order the parties shall file a joint status report to inform the Court of the status of the appraisal and alternative dispute resolution process.

IT IS SO ORDERED.

Dated:   **November 18, 2013**

UNITED STATES MAGISTRATE JUDGE

1