# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT BY MAY 1, 2014 |

This action was filed on September 26, 2013. On November 18, 2013, District Judge Antony W. Ishii granted the parties' stipulation and this action was stayed. Pursuant to a Court order, the parties filed a joint status report on December 19, 2013, stating that they anticipated having an appraiser and umpire appointed by March 31, 2014. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status report to inform the Court of the status of the appraisal and alternative dispute resolution process on or before May 1, 2014.

IT IS SO ORDERED.

Dated: **January 6, 2014**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1