# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT EVERY NINETY DAYS |

This action was filed on September 26, 2013. On November 18, 2013, District Judge Antony W. Ishii granted the parties' stipulation and this action was stayed. The parties filed a status report on May 1, 2014, as ordered by the Court. The parties are in the process of scheduling an appraisal hearing which is anticipated to occur in late 2014 or early 2015.

Accordingly, IT IS HEREBY ORDERED that the parties shall continue to file joint status reports every ninety days to inform the Court of the status of the appraisal and alternative dispute resolution process.

IT IS SO ORDERED.

Dated: __May 5, 2014__

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1