# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 19, 20) |

This action was filed on August 27, 2013 in the Fresno County Superior Court. On September 26, 2013, Defendant removed this action to the Fresno Division of the Eastern District of California. On November 18, 2013, District Judge Antony W. Ishii granted the parties' stipulation and this action was stayed for the parties to complete an alternative dispute resolution process. After review of the October 28, 2014 joint status report, on November 14, 2014, the Court issued an order requiring the parties to show cause why the stay in this action should not be lifted.

An order to show cause hearing was held on December 17, 2014. Counsel Heather McKeon appeared telephonically for Plaintiff and counsel Kathleen Delaney appeared telephonically for Defendant. Based on the response to the order to show cause and as discussed during the hearing, the schedule set forth in the response to the order to show cause shall be adopted. The parties have had a substantial amount of time to address their issues while this

case has been stayed. The parties must plan for any future contingencies which will not necessitate any further continuance or extension of the stay. Unless the parties demonstrate that good cause exists, the Court will lift the stay following the August 15, 2015 arbitration hearing, set a scheduling conference and proceed to place the case on the trial schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued November 14, 2014, is DISCHARGED;
2. This action shall remain stayed until the arbitrator issues a decision following the August 30, 2015 hearing;
3. Within seven days of the arbitrator issuing a decision the parties shall so inform the Court;
4. The parties shall continue to file status reports in compliance with the prior orders of the Court; and
5. No continuance of the stay beyond August 30, 2015 shall be granted without a showing of good cause.

IT IS SO ORDERED.

Dated: __**December 17, 2014**__

UNITED STATES MAGISTRATE JUDGE