# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>  Defendant. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT BY FEBRUARY 28, 2015 |

This action was filed on September 26, 2013. On November 18, 2013, District Judge Antony W. Ishii granted the parties' stipulation and this action was stayed for the parties to engage in an alternative dispute resolution process to determine the value of the property at issue. On May 5, 2014, and order issued requiring the parties to file a joint status report in this action every ninety days. (ECF No. 16.)

Following the filing of the October 28, 2014 status report, this Court issued an order to show cause and a hearing was held on December 17, On December 17, 2014, the Court discharged an order to show cause and ordered the parties to continue filing joint status reports in compliance with the prior order of the Court. (ECF No. 22.) A joint status report in this action was due on January 28, 2015. As of this date, the parties have not filed a joint status report.

///

///

1

Accordingly, IT IS HEREBY ORDERED that the parties' joint status report shall be filed on or before February 28, 2015. Future status reports shall be due on the first of the month every three months thereafter until the stay of this action is lifted.

IT IS SO ORDERED.

Dated: **February 11, 2015**

UNITED STATES MAGISTRATE JUDGE