# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KIRKORIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY, and DOEs 1-50, inclusive,<br><br>Defendants. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>DATE: January 5, 2016<br>TIME: 3:30 p.m.<br>CTRM: #9 (6th Floor)<br><br>STANLEY A. BOONE<br>U.S. MAGISTRATE JUDGE |

On November 14, 2013, the parties to this action sought a stay pending the appraisal of the value of Plaintiff's loss as provided for in the commercial insurance policy issued by Defendant. (ECF No. 9). On November 18, 2013, District Judge Anthony W. Ishii granted the parties' request for a stay of the proceedings. (ECF No. 10). On November 25, 2015, the parties filed a joint status report indicating that the appraisal process has been completed and requesting that the Court lift the stay. (ECF No. 27). On November 30, 2015, District Judge Ishii lifted the stay. (ECF No. 28).

Therefore, it is ordered that all parties attend a formal scheduling conference on January 5, 2016, at 3:30 p.m. before United States Magistrate Judge Stanley A. Boone, in Courtroom 9 (SAB) at the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721. The parties shall file a Joint Scheduling Report, the content of which shall be the same as required in the Court's September 27, 2013 order setting the original scheduling conference (ECF No. 5), at least one

1

week prior to the scheduling conference.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall appear for a scheduling conference on January 5, 2016, at 3:30 p.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

2. On or before December 29, 2015, the parties shall file a Joint Scheduling Report.

IT IS SO ORDERED.

Dated: **December 1, 2015**

UNITED STATES MAGISTRATE JUDGE