# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY, and DOEs 1-50, inclusive,<br><br>Defendants. | Case No. 1:13-cv-01563-DAD-SAB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO APPEAR AT SCHEDULING CONFERENCE |

On December 1, 2015, the Court ordered that all parties in this matter attend a formal scheduling conference on January 5, 2016, at 3:30 p.m. before United States Magistrate Judge Stanley A. Boone, in Courtroom 9 (SAB) at the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721. (ECF No. 29.) The parties were also ordered to file a Joint Scheduling Report on or before December 29, 2015. (ECF No. 29.) On December 29, 2015, the parties filed a Joint Scheduling Report in preparation of the scheduling conference scheduled for January 5, 2016. (ECF No. 31.) The parties had arranged to appear by telephone for the January 5, 2016 scheduling conference.

On January 5, 2016, at 3:30 p.m., the Court called as host for the telephonic scheduling conference, but Plaintiff did not appear. (ECF No. 32.) G. Edward Rudloff, Jr., and Kathleen DeLaney appeared via telephone on behalf of Defendants. The Court continued the scheduling conference to January 15, 2016, at 9:00 a.m., in Courtroom 9 (SAB) at the United States

1

Courthouse, 2500 Tulare Street, Fresno, CA 93721.  (ECF No. 32.)

Local Rule 240 requires parties to appear at status conferences:

> **(a)   Conference.**   After an action has been filed, the assigned Judge or Magistrate Judge shall order the holding of one or more status conferences for the purpose of entering a pretrial scheduling order, and further status conferences may be held at any time thereafter, with or without the request of any party. See Fed. R. Civ. P. 16.  All parties receiving notice of any status conference shall appear in person or by attorney, shall be prepared to discuss such subjects as may be specified in the order noticing the conference, and shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed.

Failing to appear at a scheduling conference wastes the Court's time and resources and wastes the parties' time and resources.

Accordingly, the Court will order Plaintiff to show cause why sanctions should not be imposed against him.  Plaintiff shall file a written response to the Court's order to show cause no later than **Wednesday, January 13, 2016.**  Plaintiff is forewarned that the failure to file a written response to the Court's order to show cause may result in additional sanctions.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall SHOW CAUSE why sanctions should not be imposed against him for failing to appear at the January 5, 2016 scheduling conference; and
2. Plaintiff shall file a written response to the Court's order to show cause no later than **Wednesday, January 13, 2016**.

IT IS SO ORDERED.

Dated:   **January 6, 2016**

UNITED STATES MAGISTRATE JUDGE