# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:13-cv-01563-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 33) |

On January 6, 2016, the Court issued an order requiring Plaintiff to show cause why sanctions should not be imposed for his failure to appear at the January 5, 2016 scheduling conference. (ECF No. 33.) On January 12, 2016, Plaintiff's counsel filed a declaration in response to the order to show cause indicating that on the day of the scheduling conference, she did not receive Defendant's counsel's email until 3:50 p.m., and at that time she realized that the calendar entry for the scheduling conference had been removed from her calendar. (ECF No. 34.) Plaintiff's counsel stated that she was informed by her firm's IT provider that her calendar entry for the January 5, 2016 scheduling conference had become corrupted and the calendar entry had been quarantined without notice to anyone and removed from her desktop and all synchronized computers, smart phones, and iPads. (ECF No. 34.) Therefore, based on Plaintiff's counsel's response to the order to show cause, the Court shall discharge the January 6,

2016 order to show cause.

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued January 6, 2016, is DISCHARGED.

IT IS SO ORDERED.

Dated: **January 13, 2016**

UNITED STATES MAGISTRATE JUDGE