# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AVEDIS KRIKORIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHFIELD INSURANCE COMPANY, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-01563-DAD-SAB<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

## ORDER

The Court, having considered defendant Northfield Insurance Company's unavailability for the February 11, 2016 Settlement Conference in this matter, HEREBY ORDERS that:

1. The Settlement Conference currently set for 11:00 a.m. on February 11, 2016 in Courtroom 9 is hereby vacated;

2. The parties shall meet and confer regarding alternative dates for the Settlement Conference and shall provide those dates to the Court on or before February 11, 2016.

IT IS SO ORDERED.

Dated: **February 4, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1