# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>       Plaintiff,<br><br>  v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>       Defendant. | Case No. 1:13-cv-01563-DAD-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE FOR MAY 3, 2016 AND REQUIRING THE PARTIES TO FILE CONFIDENTIAL SETTLEMENT STATEMENTS |

The parties have requested that the Court set a settlement conference in this action and have provided the Court with available dates.

Accordingly, IT IS HEREBY ORDERED that a settlement conference is set for May 3, 2016, at 10:00 a.m. before the undersigned. The parties are referred to the January 20, 2016 scheduling order for the Court's settlement conference procedures and requirements. The parties are additionally ORDERED to submit confidential settlement statements seven days prior to the scheduled date.

IT IS SO ORDERED.

Dated:   **April 5, 2016**

                                   UNITED STATES MAGISTRATE JUDGE