# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:13-cv-01563-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 41) |

On May 2, 2015, Defendants in this action filed a notice that this action has settled . Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date this order is docketed.

IT IS SO ORDERED.

Dated: **May 4, 2016**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1