# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVEDIS KRIKORIAN,<br><br>   Plaintiff,<br><br>   v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>   Defendant. | Case No. 1:13-cv-01563-AWI-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 43) |

On May 2, 2016, the parties filed a notice of settlement and an order issued requiring the parties to file dispositive documents within thirty days of May 4, 2016. On June 6, 2016, the parties filed a request for an extension of time to file dispositive documents. The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents within thirty days from the date this order is docketed.

IT IS SO ORDERED.

Dated: **June 7, 2016**

UNITED STATES MAGISTRATE JUDGE

1